

# In the Missouri Court of Appeals
## Eastern District

OCTOBER 7, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED100448    RASHAD A. EL, APP V. STATE OF MISSOURI, RES

2.      ED100553 STATE OF MISSOURI, RES V. MOVINA A. SMITH, APP

3.      ED100766 STANLEY BAILEY, APP V STATE OF MISSOURI, RES

4.      ED100768 L. FISHMAN-STEIN ET AL APP V. A. TESSLER ET AL RES

5.      ED100776 COURTNEY R. ZELLER, APP V. ANDREW J. ZELLER, RES

6.      ED101409 KEITH GENTRY, APP V SIF, RES